**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**JAMES E. STATEN,**

      **Plaintiff,**

      **vs.**

**MONSANTO/CERRO,**

      **Defendant.**                    **NO. 11-CV-304-DRH**

## JUDGMENT IN A CIVIL CASE

      **DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

      **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on April 18, 2011, this case is **DISMISSED**  with prejudice.

                    **NANCY J. ROSENSTENGEL,**
                    **CLERK OF COURT**


                    **BY:**      */s/Sandy Pannier*
                                    **Deputy Clerk**

Dated: April 18, 2011

Digitally signed by
David R. Herndon
Date: 2011.04.18
16:27:33 -05'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT